IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-002276-RPM

TAMMY HENDERSON,
WILLIAM BOMAR and
TRAVIS RODE,

    Plaintiffs,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and
MONUMENTAL LIFE INSURANCE COMPANY,

    Defendants.

---

### ORDER TO COMPLY WITH D.C. COLO.LCivR 7.2

---

The Court has signed a confidentiality order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

Dated: June 7th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge