IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                July 2, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 09-cv-02276-RPM

TAMMY HENDERSON,                                              Durant D. Davidson
WILLIAM BOMAR and
TRAVIS RODE,

    Plaintiffs,

v.

MONUMENTAL LIFE INSURANCE COMPANY,                            James E. Gigax

    Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Stay**

**11:00 a.m.**       **Court in session.**

Court's preliminary remarks.

Mr. Davidson states the plaintiffs' position is that the case should proceed on the issue of policy interpretation and agrees the case can be resolved by summary judgment.

Argument by Mr. Davidson.
Statements by Mr. Gigax.

**ORDERED:**   **Motion to Stay, filed June 4, 2010 [19], is denied.**

**ORDERED:**   **Unopposed Motion to Amend Scheduling Order, filed June 14, 2010 [24], is moot.**

**ORDERED:**   **Defendant shall file a response to the motion for summary judgment in accordance with the rules.**

**11:08 a.m.**       **Court in recess.**

Hearing concluded.  Total time:  8 min.