IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2276-RPM

TAMMY HENDERSON,
WILLIAM BOMAR and
TRAVIS RODE,

    Plaintiff,

vs.

MONUMENTAL LIFE INSURANCE COMPANY

Defendant.
_____

ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

After review of Defendant Monumental Life Insurance Company's Unopposed Motion to Amend Scheduling Order, filed July 6, 2010 [32], it is

ORDERED that the motion [32] is granted and the Scheduling Order [14] is modified so as to provide the following at p. 15:

> (4) The parties shall designate all contradiction experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 2, 2010.
>
> (5) Any rebuttal opinions will be exchanged on or before September 1, 2010.

Dated: July 8th, 2010

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge