IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-002276-RPM

TAMMY HENDERSON,
WILLIAM BOMAR and
TRAVIS RODE,

    Plaintiffs,

v.

MONUMENTAL LIFE INSURANCE COMPANY,

    Defendant.

---

ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

---

    Upon considering the plaintiffs' motion for partial summary judgment, filed June 30, 2010, the defendant's response of July 24, 2010, and the plaintiffs' reply of August 6, 2010, the Court concludes that the issues of policy interpretation are not separable from the factual context of the case and that there are sufficient ambiguities to prevent relief by summary judgment. It is therefore

    ORDERED that the plaintiffs' motion for partial summary judgment is denied.

    Dated: August 11th, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge