IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-002276-RPM

TAMMY HENDERSON,
WILLIAM BOMAR and
TRAVIS RODE,

    Plaintiffs,

v.

MONUMENTAL LIFE INSURANCE COMPANY,

    Defendant.

---

## ORDER DENYING PLAINTIFFS' MOTION TO AMEND COMPLAINT

On June 14, 2010, the plaintiffs filed a motion to amend the complaint to add a claim for exemplary damages. It is

ORDERED that the motion is denied.

Dated: August 11th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge