IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2276-RPM

TAMMY HENDERSON, WILLIAM BOMAR and TRAVIS RODE,

    Plaintiff,

vs.

MONUMENTAL LIFE INSURANCE COMPANY

    Defendant.

_____

ORDER GRANTING UNOPPOSED MOTION TO AMEND
SCHEDULING ORDER
_____

After review of Defendant Monumental Life Insurance Company's Unopposed Motion for to Amend Scheduling Order, filed September 13, 2010 [41], it is

ORDERED that the motion [41] is granted and the Scheduling Order [14] is modified so as to provide the following at p. 14:

Discovery Cutoff: November 15, **2010**

Dispositive Motions December 15**, 2010**

Dated: September 14th, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge