IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-002276-RPM

TAMMY HENDERSON,
WILLIAM BOMAR and
TRAVIS RODE,

    Plaintiffs,

v.

MONUMENTAL LIFE INSURANCE COMPANY,

    Defendant.

---

ORDER DENYING DEFENDANT MONUMENTAL LIFE INSURANCE COMPANY'S MOTION TO AMEND SCHEDULING ORDER

---

    After review of Defendant Monumental Life Insurance Company's Motion to Amend Scheduling Order, filed December 6, 2010 [43], it is

    ORDERED that the motion is denied.

    Dated: December 6th , 2010

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge