IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-002276-RPM

TAMMY HENDERSON,
WILLIAM BOMAR and
TRAVIS RODE,

      Plaintiffs,

v.

MONUMENTAL LIFE INSURANCE COMPANY,

      Defendant.

___

ORDER FOR DISMISSAL

___

Pursuant to the Motion to Dismiss with Prejudice [53] filed February 21, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

Dated: February 22, 2011

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge